UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARY MATUTAT,

                 **Plaintiff,**

-vs-                                                        Case No. 6:06-cv-30-Orl-31JGG

COMMISSIONER OF SOCIAL
SECURITY,

                 **Defendant.**

## ORDER

On January 12, 2007, Magistrate Judge Dietrich entered a Report and Recommendation (Doc. 17), recommending that the decision of the Commissioner that Plaintiff's disability ceased as of July 1, 2002 be reversed or, in the alternative, remanded for further proceedings. Defendant filed a timely response to the Report (Doc. 18), requesting remand rather than reversal. Upon *de novo* review of the above, the Court agrees that a remand is proper in this case. In the administrative proceedings, the ALJ failed to review the medical evidence underlying the favorable medical decision. In addition, the ALJ did not state the range of jobs that Matutat could perform at her residual functional capacity ("RFC"), which prevents this Court from determining whether testimony from a vocational expert was required. It is, therefore

    **ORDERED** that:

    1.    The Report and Recommendation of the Magistrate Judge is adopted and confirmed in part, as set forth above;

     2.     This case is hereby **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings, including a review of the medical evidence supporting the most recent favorable decision, an assessment of the range of jobs that Matutat could work in at her residual functional capacity, and, if needed, testimony from a vocational expert.

     3.     The Clerk is directed to enter judgment and close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 20, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party